UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA SAYGER,<br><br>                     Plaintiff,<br><br>-against-<br><br>ASSUREDPARTNERS INC., et al.,<br><br>                     Defendant. | No. 20-CV-8049 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff's counsel may proceed with filing an amended complaint in this matter.

**SO ORDERED.**

Dated:     November 20, 2020
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1