UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA SAYGER,

                Plaintiff,

-against-

ASSUREDPARTNERS INC., et al.,

                Defendants.

No. 20-CV-8049 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on November 3, 2021 at 9:00 a.m. using the dial-in 877-402-9753, access code 6545179.

**SO ORDERED.**

Dated:    September 21, 2021
             New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge