UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA SAYGER,<br><br>                Plaintiff,<br><br>-against-<br><br>ASSUREDPARTNERS INC., et al.,<br><br>                Defendants. | No. 20-CV-8049 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for 9:00 a.m. on November 12, 2021 will occur as a teleconference using the dial-in (877) 402-9753, access code:  6545179.

**SO ORDERED.**

Dated:    November 10, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1