UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ANDREA SAYGER,

                 Plaintiff                   20 CV. 8049 (LAP)

     -against-                                    ORDER

ASSUREDPARTNERS INC., et al.,

                 Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a conference on Thursday, January 6, 2022 at 9:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    November 15, 2021
            New York, New York

                                          _/s/ Loretta A. Preska_
                                          LORETTA A. PRESKA
                                          Senior United States District Judge