UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREA SAYGER,

       Plaintiff,

v.

ASSUREDPARTNERS INC.;
ASSUREDPARTNERS JAMISON LLC;
KUTAY BEBA; MARK RITCHIE;
and MICHAEL ANDERSEN,

       Defendants.
-------------------------------------------------------------X

Civil Action No. 20-cv-8049 (LAP)

## ORDER FOR LEAVE TO FILE
## PLAINTIFF'S THIRD AMENDED COMPLAINT
## AGAINST ASSUREDPARTNERS INC.; ASSUREDPARTNERS JAMISON LLC;
## KUTAY BEBA; MARK RITCHIE; and MICHAEL ANDERSEN

This matter having come before the Court on November 12, 2021, Plaintiff Andrea Sayger is hereby granted leave to file a Third Amended Complaint, which shall bear the same caption as this stipulation.

**SO ORDERED:**

Dated: November 18, 2021
New York, New York

Honorable Loretta A. Preska
Senior United States District Judge