UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA SAYGER,<br><br>                    Plaintiff,<br><br>-against-<br><br>ASSUREDPARTNERS INC., et al.,<br><br>                    Defendants. | No. 20-CV-8049(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

A status conference in this matter is currently scheduled for Thursday, January 6, 2022, at 9:00 a.m.  (See dkt. no. 27.) The parties shall jointly inform the Court no later than Thursday, December 30, 2021, whether they consent to proceed remotely by video.

If all parties consent to proceed remotely, Chambers will communicate separately the videoconference information.  An audio-only public dial-in will be available using the following information:

Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:    December 27, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1