UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA SAYGER,<br><br>                    Plaintiff,<br><br>-against-<br><br>ASSUREDPARTNERS INC., et al.,<br><br>                    Defendants. | No. 20-CV-8049 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters dated March 29, 2022.  (See dkt. nos. 51, 52.)  The parties shall appear for a teleconference on Wednesday, April 6, 2022 at 10:00 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    March 30, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge