UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA SAYGER,

                      Plaintiff,

          -v.-

ASSUREDPARTNERS INC., et al.,

                      Defendants.

20 Civ. 8049 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On February 27, 2023, the Court directed "[a]ny party seeking to file a motion for summary judgment" to "file a pre-motion letter by no later than March 2, 2023 . . . includ[ing] support for that party's belief that there is good cause to move for summary judgment." ECF No. 68. On March 2, 2023, Defendants requested permission to move for summary judgment. ECF No. 70. On March 14, 2023, the Court ordered the parties to submit a jointly proposed summary judgment briefing schedule by March 22, 2023. ECF No. 79. Instead of submitting a joint letter with a proposed briefing schedule, each party separately filed a letter proposing a briefing schedule. ECF Nos. 82, 83.

    As Defendants' letter notes, Plaintiff's proposed schedule includes deadlines pertaining to a potential cross-motion for summary judgment. *See* ECF No. 82. However, Plaintiff did not seek permission to move for summary judgment in accordance with the Court's February 27 Order. *See* ECF No. 68. By no later than **April 3, 2023**, Plaintiff shall file a letter explaining her position that good cause exists to move for summary judgment. In connection with all future matters, Plaintiff shall comply with the Court's orders.

SO ORDERED.

Dated: March 28, 2023
       New York, New York

                                                                                         _____
                                                                                         JENNIFER H. REARDEN
                                                                                         United States District Judge